■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NEAL MCKEON, Appellant. — Appeal by defendant, as limited by his brief, from an amended sentence of the Supreme Court, Kings County (Starkey, J.), imposed January 14, 1981.

Amended sentence affirmed. No opinion.

This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Gibbons, Thompson and Bracken, JJ., concur

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK NUZZO, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Rohl, J.), imposed May 7, 1984.

Sentence affirmed. No opinion.

This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Mangano, O'Connor and Niehoff, JJ., concur.